UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS E. BERRY,

    Defendant.

Case No. 2:19-cr-29
CHIEF JUDGE EDMUND A. SARGUS, JR.
Chief Magistrate Judge Elizabeth P. Deavers

## ORDER

For the reasons stated in open court, the Court **DENIES** the Government's *Motion for Reconsideration* (ECF No. 22) and **AFFIRMS** the Magistrate Judge's *February 21, 2019 Order* (ECF No. 20) to release Defendant pending his trial.

**IT IS SO ORDERED.**

6-7-2019
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**